# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THERESA KIRKLIN**                                                                                          **PLAINTIFF**

v.                                   Case No. 4:18-CV-792-SWW

**RHONDA BENTON, in her official**                                                              **DEFENDANTS**
**capacity and individual capacity;**
**MICHAEL POORE, in his official capacity**
**and individual capacity; RON SELF, in his**
**official capacity; JOHNNY KEY, in his**
**official capacity; and LITTLE ROCK**
**SCHOOL DISTRICT**

## DEFENDANTS' MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

For their Motion for Leave to File a Reply Brief in Support of their Motion to Dismiss, Defendants Rhonda Benton, Michael Poore, Ron Self, and the Little Rock School District (collectively "LRSD") state:

1. LRSD filed a Motion to Dismiss, and Kirklin has now filed a response to the motion.

2. Kirklin's response raises several issues to which LRSD would like to reply, including the timeliness of her claims and the sufficiency of her Complaint.

3. LRSD's Reply Brief might clarify the issues for the Court's consideration and assist in reaching a determination of the issues raised in these Defendants' Motion to Dismiss.

4. A copy of LRSD's proposed Reply Brief is attached as Exhibit 1 to this motion.

WHEREFORE, Defendants Rhonda Benton, Michael Poore, Ron Self, and the Little Rock School District request that the Court grant them leave to file a Reply Brief to Plaintiff's response to their Motion to Dismiss.

2

                    Respectfully submitted,

                    Christopher Heller (AR Bar No. 81083)
                    FRIDAY, ELDREDGE & CLARK, LLP
                    400 W. Capitol Ave., Suite 2000
                    Little Rock, AR 72201-3493
                    (501) 370-1506
                    heller@fridayfirm.com

By:    */s/ Christopher Heller*_____
        Christopher Heller

### CERTIFICATE OF SERVICE

I certify that on this 7th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which shall send notification of such filing to the counsel of record.

                    */s/ Christopher Heller*_____
                    Christopher Heller