IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THERESA KIRKLIN                                         PLAINTIFF

V.                          NO. 4:18-cv-00792 SWW

RHONDA BENTON, ET AL.                                   DEFENDANTS
In Her Official and Individual Capacity

PLAINTIFF'S REPLY TO DEFEDANTS' MOTION TO CONTINUANCE

   Comes now the plaintiff and responds to the defendants' motion for a trial continuance. First, plaintiff must point out that many of the statements in defendants' motion, as will be pointed out below, were not proper, correct, appropriate or needed for a request aimed at gaining a continuance. Addressing the filed motion, plaintiff states the following:

   1. Paragraph #1 appears correct.

   2. Paragraph #2 appears correct.

   3. There are number of motions pending, but plaintiff will not speculate or try to tell the Court how it will rule. Therefore, in advance of any Court ruling, plaintiff does not address how the rules and case law might relate to any ruling made in this matter.

   4. Plaintiff disagrees with defendants and thinks it is not prudent for defendants to invade the providence of the Court. Likewise, how and what can happen in this matter

will be determined based upon the Court's eventual rulings

on the pending matters as allowed by the applicable rules

and case law.

5. Plaintiff would agree that certain costs are

involved in trial prep matters but the same will not opine

as to how to categorize the same at this juncture.

6. Plaintiff's counsel was contacted on Thursday, June

25th. The same replied back on Friday, June 26th, to

defendants' counsel that the same would reach out to the

plaintiff and get back with defendants not later than

Monday. Defendants filed their motion for continuance

before allowing plaintiff a chance to get with them.

7. Based upon the fact that COVID-19 has hampered and

stalled efforts on many fronts, plaintiff is not averse to

a continuance in this matter.

Respectfully submitted,

Theodis N. Thompson, Jr.
Thompson Law Firm, PLLC
415 N. McKinley, #710
Little Rock, AR 72205
(501) 503.5095
BY: Theodis N. Thompson, Jr.
    (ARK. BAR #2012029)

CERTIFICATE OF SERVICE

I, undersigned, do hereby certify that on this _2nd__day of _July_____, 2020,
a copy of the foregoing has been hand delivered, faxed, electronically filed or mailed,
postage prepaid to  proper address of all parties or all counsel of records for the same.

Chris Heller                    THOMPSON LAW FIRM
                                By:Theodis N. Thompson, Jr.