# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| THERESA KIRKLIN<br>       PLAINTIFF | *<br>*<br>* |
| V. | *   CASE NO.  4:18CV00792 SWW<br>*<br>* |
| RHONDA BENTON, in her<br>individual and official capacities, ET AL.<br>       DEFENDANTS | *<br>*<br>* |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's remaining claims arising under federal law are DISMISSED WITH PREJUDICE, and Plaintiff's remaining supplemental state law claim is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3).  THIS ACTION IS DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 17TH  DAY OF AUGUST, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE