United States District Court
Eastern District of Arkansas

**Theresa Kirklin**                                                                 Plaintiff

v.                          Case No. 4:18-cv-00792-SWW

**Rhonda Benton**                                                              Defendants
**in her Official Capacity and in her Individual Capacity;**

**Ron Self**
**in his Official Capacity and in his Individual Capacity**

**Motion for an Extension of Time to File a Notice of Appeal**

1. On August 17, 2020, the Court entered an order and a judgment dismissing the federal claims in this case with prejudice, and dismissing the state claims without prejudice. (Order, Aug. 17, 2020, ECF No. 51; J., Aug. 17, 2020, ECF No. 52).

2. Under Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, the deadline to file a notice of appeal in this case is September 16, 2020.

3. Under Rules 4(a)(5)(A)(i) and 4(a)(5)(A)(ii) of the Federal Rules of Appellate Procedure, this Court has the discretion to extend the time to file a notice of appeal if the moving party can show good cause for the extension request.

4. Theresa Kirklin needs additional time to retain a lawyer to represent her on appeal because her trial counsel is unable to do so. Moreover, if she is able to retain appellate counsel, that person will need time to study the record in this case in order to determine the likelihood of

success on appeal. The need for time to obtain appellate counsel and the need for that person to have time to study the record of this case in order to determine the likelihood of success on appeal is good cause to extend the deadline to file a notice of appeal.

5. Rule 4(a)(5)(C) of the Federal Rules of Appellate Procedure grants this Court the discretion to extend the time to file a notice of appeal for up to thirty days after the original deadline set forth in Fed. R. App. P. 4(a)(1)(A) or fourteen days after the order granting the motion is entered, whichever is later.

6. In this case, the original deadline set forth in Fed. R. App. P. 4(a)(1)(A) is September 16, 2020. Thirty days after that date is October 16, 2020, therefore, Theresa Kirklin asks that the Court give her until October 16, 2020 to file a notice of appeal.

7. This motion is made in good faith and not for the purpose of delay.[1]

        Respectfully submitted,

        Theodis N. Thompson, Jr.
        Ark. Sup. Ct. Reg. No. 2012029
        Attorney for the Plaintiff, Theresa Kirklin
        Thompson Law Firm, PLLC
        415 North McKinley Street, Suite 710
        Little Rock, Arkansas 72205-3040

---

[1] This motion is being filed before September 16, 2020, which is when the time prescribed by Fed. R. App. P. 4(a)(1)(A) expires. Under Rule 4(a)(5)(B) of the Federal Rules of Appellate Procedure, filing this motion before the expiration of the time prescribed by Fed. R. App. P. 4(a)(1)(A) allows it to be filed ex parte unless the Court requires otherwise.

Telephone: 501.503.5095
E-mail: theodis.thompson@gmail.com