# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| THERESA KIRKLIN | * |
|     PLAINTIFF | * |
| | * |
| V. | *   CASE NO. 4:18CV00792 SWW |
| | * |
| | * |
| RHONDA BENTON, in her | * |
| individual and official capacities, ET | * |
| AL. | * |
|     DEFENDANTS | |

## ORDER

On August 17, 2020, the Court granted summary judgment in Defendant's favor and dismissed this case. Now before the Court is Plaintiff's motion to extend the time for filing a notice of appeal [ECF No. 53]. For good cause shown, the motion is granted, and the time for filing a notice of appeal is extended up to and including October 16, 2020.

Ordinarily, a notice of appeal must be filed within 30 days after the judgment or order appealed from is entered. Fed. R. App. P. 4(a). However, a district court may extend the prescribed 30-day period upon a motion, with a showing good cause or excusable neglect, filed within 60 days after entry of judgment. Fed. R. App. P. 4(a)(5). "No extension under . . . Rule 4(a)(5) may

exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later." Fed. R. App. P. 4(a)(5)(C).

Here, Plaintiff filed her motion before the expiration of the 30-day period prescribed under Rule 4(a).  Without an extension, the appeals deadline falls on September 16, 2020, and Plaintiff asks the Court to extend the time for filing a notice of appeal up to and including thirty days later, October 16, 2020.  Plaintiff states that she requires additional time to secure a new attorney to represent her on appeal.  For good cause shown, the motion is granted.

IT IS THEREFORE ORDRED that Plaintiff's motion for an extension of time for filing notice of appeal [ECF No. 53] is GRANTED.  Plaintiff has up to and including October 16, 2020 in which to file notice of appeal.

IT IS SO ORDERED THIS 14TH  DAY OF SEPTEMBER, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE