United States District Court
Eastern District of Arkansas

**Theresa Kirklin**                                                                 **Plaintiff**

v.                            Case No. 4:18-cv-00792-SWW

**Rhonda Benton**                                                           **Defendants**
**in her Official Capacity and in her Individual Capacity;**

**Ron Self**
**in his Official Capacity and in his Individual Capacity**

Notice of Appeal

Notice is hereby given that Theresa Kirklin, the Plaintiff in the above named case, appeals to the United States Court of Appeals for the Eighth Circuit from the Court's order and judgment dismissing her federal claims with prejudice entered in this action on August 17, 2020.[1]

                                              Respectfully submitted,

                                              Theodis N. Thompson Jr.
                                              Ark. Sup. Ct. Reg. No. 2012029
                                              Attorney for the Plaintiff, Theresa Kirklin
                                              Thompson Law Firm, PLLC
                                              415 North McKinley Street, Suite 710
                                              Little Rock, Arkansas 72205-3040
                                              Telephone: 501.503.5095
                                              E-mail: theodis.thompson@gmail.com

---

[1] On September 14, 2020, the Court entered an order extending the deadline to file this notice of appeal to October 16, 2020. (Order, Sept. 14, 2020, ECF No. 54).