```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT079360
Cashier ID: bmdunl
Transaction Date: 10/16/2020
Payer Name: THEODIS THOMPSON
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: THEODIS THOMPSON
 Case/Party: D-ARE-4-18-CV-000792-001
 Amount:         $505.00
----------------------------------
CREDIT CARD
 Amt Tendered: $505.00
----------------------------------
Total Due:       $505.00
Total Tendered: $505.00
Change Amt:       $0.00
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 1 6 2020

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK